USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_5/6/2020\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

REYNALDO MARRERO,

Defendant.

**ORDER**

18 Cr. 522 (ER)

Ramos, D.J.:

Sentencing, previously scheduled for Friday, May 8, 2020, at 11:00 AM, will proceed by telephone. The parties are to call the Court using the following dial-in information: (877) 411-9748; Access Code: 3029857.

Members of the public and the press may connect using the information provided above.

It is SO ORDERED.

Dated:   May 6, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.