USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/11/2021__

**SHER TREMONTE** LLP

March 10, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    *United States v. Reynaldo Marrero*, 18 Cr. 522 (ER)

Dear Judge Ramos:

    I write on behalf of our client, Edgardo Ramos, to request a brief, two week adjournment of the violation of supervised release hearing scheduled for today, March 10, 2021, to afford the defense additional time to research and prepare for the hearing. The government and U.S. Probation consent to the requested adjournment.

                                      Respectfully submitted,

                                      /s/_____
                                      Michael Tremonte

cc:    All counsel (via ECF)

---

The March 10, 2021 status conference is adjourned to March 24, 2021 at 11:30 a.m.

SO ORDERED.

                                      _____
                                      Edgardo Ramos, U.S.D.J
                                      Dated: __3/11/2021__
                                      New York, New York