USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/25/2021

# SHER TREMONTE LLP

March 10, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The March 24 VOSR hearing is adjourned to April 7, 2021, at 2:30 p.m. The parties are instructed to dial (877) 411-9748 and enter access code 3029857# when prompted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 3/25/2021
> New York, New York

Re:   *United States v. Reynaldo Marrero*, 18 Cr. 522 (ER)

**MEMO ENDORSED**

Dear Judge Ramos:

    I write on behalf of our client, Edgardo Ramos, to request a brief, two week adjournment of the violation of supervised release hearing scheduled for today, March 24, 2021, to afford the defense additional time to research and prepare for the hearing. The government consents to the requested adjournment (but reports that Probation prefers to move forward today).

        Respectfully submitted,

        /s/
        Michael Tremonte

cc:   All counsel (via ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156