UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 5/21/2021

UNITED STATES OF AMERICA

-against-

Reynaldo Marrero,

                Defendant.

**ORDER**

18-CR-522 (ER)

Upon the application of Reynaldo Marrero, by his attorney Michael Tremonte, Esq., for an order authorizing the appointment of Noam Biale, Esq., an attorney with the firm Sher Tremonte LLP, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Noam Biale, Esq. is appointed to assist in the representation of Reynaldo Marrero in the above-captioned matter, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, *nunc pro tunc* to December 1, 2020, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       May 21, 2021

SO ORDERED.

_____
Hon. Edgardo Ramos, U.S.D.J.

This document was entered on the docket on_____.